

EXHIBIT B



100000962

126

UID: 2a4d4a10-5ebb-4e1e-81b8-174367252c0b
DOCID_00087326l8302005N

## CERTIFICATE AND AFFIDAVIT OF SATISFACTION

Clerk's office of the Circuit Court of the County of LYNCHBURG CITY, Virginia is the location of the following record referenced by this certificate.
DATE OF DEED OF TRUST, MORTGAGE OR OTHER LIEN: 04/24/1998
DEED BOOK: 1032    PAGE: 854    INSTRUMENT: 3262

*For First Deed of Trust originally held by BofA*

NAME(S) OF GRANTOR(S):     KAREN FOSTER
NAME(S) OF TRUSTEE(S):     DAVID A. NEAL AND MARY A. GARNER
FACE AMOUNT OF:            $87832.00

I/WE CERTIFY that the note(s) secured by the Deed of Trust, Mortgage or other Lien described above has/have been paid in full to the person entitled and authorized to receive the same and the lien therein created and retained is hereby released.

Given under my hand this 09 day of February, 2010.

Bank of America, N.A. successor by merger to BA Mortgage, LLC as successor in interest by merger of NationsBanc Mortgage Corporation
NOTEHOLDER

By _____
    Kathy Cochran,
    Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA

On 2/9/10, before me, Corey Kowalsky, Notary Public, personally appeared Kathy Cochran personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

COREY KOWALSKY
Notary Public - Arizona
Maricopa County
My Commission Expires
November 24, 2013

Corey Kowalsky, Notary Public
My Commission Expires 11/24/2013



FEB 16 2010

This Certificate and Affidavit of Satisfaction was presented, and with the Certificate annexed, admitted to record on _____ at 1:00 o'clock P M. Clerk's fee of $ 31.00 has been paid.

ATTEST: Ronald M. Irvine CLERK

by: BR Swain  DEPUTY CLERK

Mail Recorded Satisfaction To:

KAREN FOSTER
2232 Ridgewood Dr
Lynchburg, VA 24503

Document Prepared By and Return to Same as Agent for Grantee::
ReconTrust Company, N.A.
2575 W. Chandler Blvd.
Mail Stop: AZ1-804-02-11
Chandler, AZ 85224
(800) 540-2684



*These Documents Furnished by John Wynne in addition to those Furnished by Richard Cunningham.*
*JLW 2/8/2012*

OFFICIAL RECEIPT
LYNCHBURG CIRCUIT COURT
MISCELLANEOUS

```
DATE: 02/22/10 TIME: 11:15:35 ACCOUNT: 680CGM100222       RECEIPT: 10000002716
CASHIER: RMI    REG: LZ23    FILING: COPY   TYPE: FULL PAYMENT
ACCT OF: WYNNE, JOHN                        RECD: WYNNE, JOHN
    CASH:         $.50
CODE  DESCRIPTION                PAID   CODE  DESCRIPTION              PAID
313   FEES - COPIES               .00   315   MISC. FEES & COMM.        .00
236   DOCUMENT REPRODUCTI         .50
                                              TENDERED    :             .50
                                              AMOUNT PAID:              .50
                                              CHANGE AMT  :             .00
```

CLERK OF COURT: RONALD M. IRVINE

RECEIPT COPY   1   OF   2