EXHIBIT

D

# CUNNINGHAM & DREWRY

### ATTORNEYS AT LAW

### 105 ARCHWAY COURT

### LYNCHBURG, VIRGINIA 24502

RICHARD P. CUNNINGHAM
B. LEIGH DREWRY, JR.

PHONE: (434) 846-334!
FAX: (434) 846-3351
www.cdlawoffice.con

*Serving the Central Virginia Community since 1975*

January 13, 2012

Robert B. Armstrong, Esquire
3 McDowell Street
Lexington, Virginia 24450

**Re: John L. Wynne v. Karen Foster**
**File Number: CI10004795-00**

Dear Bob:

Please find enclosed an Order which I have prepared in accordance with Judge Alexander's instructions concerning the same. I would thank you to review the Order as soon as possible, endorse and return it to me expeditiously for presentation to the Court. If you have any questions please do not hesitate to contact me.

By copy of this letter to Judge Alexander, I am informing him of my compliance with his direction to draft the Order.

Thanking you for your cooperation and awaiting your timely reply, I remain

Very truly yours,

Richard P. Cunningham

RPC/det
Enclosure

cc: Honorable William N. Alexander, II
    Eugene C. Wingfield, Clerk
    John L. Wynne